ABRAHAM KAMINSKY and Another, Appellants, v. JOHN F. TROMMER, INCORPORATED, and Another, Respondents.— Order denying plaintiffs' motion for an order directing the defendant corporation to be examined as an adverse party by George Brickwede, its employee, or in the alternative modifying the original order directing that the defendant corporation be examined by making appropriate provision for the relief sought, reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, to the extent of directing that the defendant corporation be examined through its employee Brickwede. It appears that Brickwede made the alleged demand upon plaintiffs, threatened them with arrest, filed the complaint charging them with grand larceny of the defendant corporation's property, and testified before the magistrate and the grand jury. He was a managing agent or employee within the purview of section 289 of the Civil Practice Act. (*Enequist* v. *Brooklyn City Railroad Co.*, 216 App. Div. 730; *West* v. *Coney Island & Brooklyn Railroad Co.*, 126 Misc. 674.) The examination may proceed on five days' notice. Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ., concur.

JOSEPHINE KLEINHERZ KEIBER, as Executrix, etc., of GEORGE F. KEIBER, Deceased, Respondent, v. KEIBER REALTY CORPORATION, Appellant.—Action for an accounting, based on a written contract. Judgment of the Supreme Court, Nassau county, entered April 22, 1935, confirming the referee's report and adjudging that plaintiff recover from defendant the sum of $4,484.43 unanimously affirmed, with costs. No opinion. Present — Young, Hagarty, Carswell, Davis and Johnston, JJ.

MADELINE B. LAMY, as Administratrix, etc., of MAURICE LAMY, Deceased, Respondent, v. CONTINENTAL BAKING CO., INC., Appellant.—Action to recover damages for the death of plaintiff's intestate, a boy fourteen years old, who was struck by defendant's truck while crossing a street. Judgment for plaintiff, and order unanimously affirmed, with costs. No opinion. Present — Young, Hagarty, Carswell, Davis and Johnston, JJ.

THOMAS A. McKENNELL, Respondent, v. WEBSTER F. SCHMALING, Appellant. —Action upon an undertaking resulting in a money judgment in favor of the plaintiff and adjudging that plaintiff have a lien on certain real property and directing that the said property be sold to satisfy the said lien. Order granting plaintiff's motion for judgment on the pleadings and judgment entered thereon unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

FRANK WILSON MUNDEN, an Infant, by ELIZA JANE MUNDEN, His Guardian ad Litem, and Others, Respondents, v. HENRY McDANIEL, Defendant; JOSEPH P. SMITH and Another, Conducting a Racing Stable under the Name of DORWOOD STABLES, Appellants. (Appeal No. 1.) — In an action on a contract of employment, order denying motion of defendants Smith and Emanuel to dismiss the complaint under rule 113 of the Rules of Civil Practice, and to grant summary judgment in their favor, affirmed, with ten dollars costs and disbursements. No opinion. The appeal from the order denying their motion for reargument is dismissed. Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ., concur.